UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Raymond Edward Lumsden,

Plaintiff,

Civil No. 00-2223 ADM/AJB

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER**

Ramsey County Community Corrections Department; et al.

Defendants.

---

**STIPULATION**

**COMES NOW** the Parties above named by and through their respective counsel; Frederick J. Goetz, Esq., on behalf of the Plaintiff and Thomas E. Ring, Assistant Ramsey County Attorney, on behalf of the Defendants; and hereby move the Court for an Order modifying the Pretrial Scheduling Order dated January 4, 2001. The suggested dates are set forth below.

The parties make this request for the following reasons. First, Plaintiff's present counsel assumed representation on or about February 27, 2001. Two months of the allowed discovery period had already passed when the substitution of counsel occurred.

Second, Plaintiff's attorney is also counsel for the defendant in the case of *United States v. Gloria Quinn*, D. Minn. Court File No.: CR 01-70 PAM/JGL. The case involves approximately 100 counts of mail fraud, tax evasion, and money laundering. The trial is scheduled to start on October 29, 2001 before Judge Paul Magnuson. The trial is expected to last at least four weeks.



FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

In light of the above, the parties do not reasonably expect that discovery can be completed by the presently scheduled date of December 1, 2001. The proposed dates are also in accord with those established in *Amanda Marie Lumsden et al. v. Dustin A. Reichert, et al.*, D. Minn. Court File No. 00-2463. The parties have generally discussed attempting to reach a global settlement covering both case. Adopting the same schedule in the instant case will facilitate that process. The parties therefore request that the Court approve the following modifications of the Pretrial Scheduling Order.

Discovery Plan

1. Discovery shall be commenced in time to be completed by March 15, 2002.
2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:
   a. By Plaintiff(s): expert identities shall be disclosed on or before January 2, 2002. Reports shall be disclosed on or before February 1, 2002.
   b. By Defendant(s): expert identities shall be disclosed on or before January 15, 2002. Reports shall be disclosed on or before February15, 2002.
3. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.
4. No more than 15 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

1. All motions which seek to amend the pleadings or add parties must be served by May 15, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by April 1, 2002.
3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by May 15, 2002.
2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a Jury trial on August 1, 2002, or upon resolution of any pending dispositive motions. Each party may call no more than 2 expert witnesses. Anticipated length of trial is 5 days.

DATE: 10/5/01

Frederick J. Goetz #185425
2124 Dupont Avenue South
Minneapolis, MN 55405
(612) 874-1552

ATTORNEY FOR PLAINTIFF

DATE: Oct. 5, 2001

Thomas E. Ring #258082X
Assistant Ramsey County Attorney
560 RCGC-West
50 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-3399

ATTORNEY FOR DEFENDANTS

**ORDER**

The Pretrial Scheduling Order dated January 4, 2001, is hereby amended by adopting the dates and schedule in the above Stipulation.

DATE: 10/9/01

Arthur J. Boylan
United States Magistrate Judge