UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond Edward Lumsden,

Plaintiff,

v.

Ramsey County Community Corrections Department, et al.

Defendants.

Civil No. 00-2223 ADM/AJB

**ORDER**

---

The above-captioned matter came on for a status conference by telephone on February 13, 2002, pursuant to the request of Plaintiff. David L. Garelick, Esq. appeared on behalf of Plaintiff. Thomas E. Ring, Assistant Ramsey County Attorney, appeared on behalf of Defendants.

Based upon the status conference, the files and proceedings here to date, the Court modifies the Amended Pretrial Scheduling Order filed on October 9, 2001 as follows:

Discovery Plan

1. Discovery shall be completed by April 15, 2002.

2. Expert Witness Disclosure, Expert Reports and Sequence of Depositions of Experts.

   a. Plaintiff's expert witness shall be disclosed by February 15, 2002. Plaintiff's written report prepared and signed by the expert witness shall be disclosed on or before March 1, 2002.

   b. Defendants' written report prepared and signed by the expert witness shall be sent to Plaintiff upon receipt of Plaintiff's expert report.

   c. In the sequence of expert depositions, if any, Defendants shall depose first.

FEB 14 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by June 15, 2002.

All other pretrial deadlines remain unchanged.

DATE 2/14/02

Arthur J. Boylan
United States Magistrate Judge