UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond Edward Lumsden,

Plaintiff,

v.

Ramsey County Community Corrections Department, et al.

Defendants.

Civil No. 00-2223 ADM/AJB

**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER**

---

**STIPULATION**

The Parties above named by and through their respective counsel; Larry B. Leventhal, Esq. and David L. Garelick, Esq., on behalf of Plaintiff, and Thomas E. Ring, Assistant Ramsey County Attorney, on behalf of Defendants, hereby move the Court for an Order modifying the Pretrial Scheduling Order dated January 4, 2001 as amended by Orders of the Honorable United States Magistrate Judge Arthur J. Boylan on October 9, 2001 and February 14, 2002. The suggested dates are set forth below.

The Parties make this request for the following reasons: Plaintiff's attorneys represent the Plaintiffs and Assistant Ramsey County Attorney Thomas E. Ring represents Defendant Ramsey County in the case of Amanda Marie Lumsden and Raymond E. Lumsden v. Dustin Reichert, et al., U.S.D. Minn. Court File No. 00-2463 (JRT/SRN). The current scheduling orders for both cases are running concurrently as the parties (Plaintiff through previous counsel) had generally discussed attempting to reach a global settlement covering both cases. In fact, the Pretrial Scheduling Order in the instant case was first modified by Order of Magistrate Judge Boylan, on October 9, 2001, when the Parties stipulated in part that adopting the same schedule

FILED MAY 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

in both cases would facilitate reaching a global settlement.

The Pretrial Scheduling Order in the instant case was further modified by Order of United States Magistrate Judge Boylan on February 14, 2002, pursuant to a status conference by telephone on February 13, 2002, held at the request of Plaintiff. David L. Garelick, Esq. appeared on behalf of Plaintiff. Thomas E. Ring, Assistant Ramsey County Attorney, appeared on behalf of Defendants.

The Parties herein have engaged in preliminary settlement negotiations in an attempt to reach a global settlement in both cases and believe it would now be best to approach mediation and/or arbitration to successfully achieve that end. The Parties herein had agreed to schedule tentative dates to mediate the conflict with the assistance of retired Hennepin County District Court Judge Patrick Fitzgerald. However, the Parties subsequently reached an impasse and are hoping to work through issues that remain to be addressed with the expectation of mediation and/or arbitration. Accordingly, the Parties respectfully request that the Court approve the following modification of the Pretrial Scheduling Order:

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by July 22, 2002.
2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

1. The case shall be trial ready on September 1, 2002, or upon resolution of pending dispositive motions.

Respective counsel for the Parties herein are simultaneously submitting a correlative

Stipulation to Modify Pretrial Scheduling Order to United States Magistrate Judge Susan Richard Nelson, in the case of Amanda Marie Lumsden and Raymond E. Lumsden v. Dustin Reichert, et al., U.S.D. Minn. Court File No. 00-2463 (JRT/SRN), together with respective counsel for Dustin Reichert and Matthew Schuster, Defendants named therein.

DATE: May 10, 2002

Larry B. Leventhal # 62534
David L. Garelick # 0285560
Larry Leventhal & Associates
Suite 420 - Sexton Building
529 South 7th Street
Minneapolis, MN 55415
(612) 333-5747

*Attorneys for Plaintiff*

DATE: May 10, 2002

Thomas E. Ring #258082X
Assistant Ramsey County Attorney
560 RCGC-West
50 West Kellogg Boulevard
St. Paul, MN 55102
(651) 266-3399

*Attorney for Defendants*

**ORDER**

The Pretrial Scheduling Order dated January 4, 2001, as amended by Orders of this Court on October 9, 2001 and February 14, 2002, is hereby further amended by adopting the date for serving and filing dispositive motions in the above Stipulation and resetting the trial ready date to September 1, 2002.

DATE: 5/13/02

Arthur J. Boylan
United States Magistrate Judge