# UNITED STATES DISTRICT COURT

**District of Minnesota**

Raymond Edward Lumsden,

Plaintiff,

V.

Ramsey County Community Corrections Department; Joan Fabian, individually and as Director of the Ramsey County Community Corrections Department; William McKee, individually and as Director of the Ramsey County Community Corrections Department Special/Intensive Supervision Program; Pat Kiland, individually and as Probation Officer for the Ramsey County Community Corrections Department; and Julie Paul, individually and as Probation Officer for the Ramsey County Community Corrections Department,

Defendants.

## JUDGMENT IN A CIVIL CASE

Case Number: 00-2223 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendants' Motion for Summary Judgment is granted on Counts I, II, III, IV, VI, VII, VIII, IX, X, XI, and XIII;

2. Defendants' Motion for Abstention from Exercise of Jurisdiction is granted on Counts V and XII; and

3. Plaintiff's Complaint is dismissed without prejudice.

January 28, 2003
Date

RICHARD D. SLETTEN, CLERK

Shirley Hansen
(By) Shirley Hansen, Deputy Clerk

45