UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Raymond Edward Lumsden,

Plaintiff,

Civil 00-2223 ADM/AJB

v.

Ramsey County Community Corrections Department, et al.,

Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiff Raymond Edward Lumsden as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 7,472.37 | $ 7,472.37 |
| Fees for service of summons and subpoena | $ 390.00 | $ 0.00 |
| TOTAL: | $ 7,862.37 | $ 7,472.37 |

Costs, therefore, are taxed in the sum of Seven Thousand Four Hundred Seventy-Two Dollars and 37/100 ($7,472.37) in favor of Defendants and against Plaintiff and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of April 18, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED 4-18-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK