UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Case No. 00-2223 ADM / AJB

Raymond Edward Lumsden,

Plaintiff,

**SATISFACTION OF JUDGMENT**

-vs.-

Ramsey County Community Corrections Department; Joan Fabian, individually and as Director of the Ramsey County Community Corrections Department; William McKee, individually and as Director of the Ramsey County Community Corrections Department Special/ Intensive Supervision Program; Pat Kiland, individually and as Probation Officer for the Ramsey County Community Corrections Department; and Julie Paul, individually and as a Probation Officer for the Ramsey County Community Corrections Department;

Defendants.

The judgment in the above-entitled action, rendered in the United States District Court, District of Minnesota, on the 28th day of January 2003, and duly docketed in the office of the Clerk of United States District Court, on the 28th day of January 2003, for $7,472.37 in favor of said County of Ramsey and against said Raymond Edward Lumsden, Plaintiff, is hereby acknowledged to be paid and satisfied in full, and the Clerk of said United States District Court is hereby authorized to satisfy and discharge said judgment of record.

**IN TESTIMONY WHEREOF**, the Ramsey County Attorney, duly authorized attorney for judgment creditor, County of Ramsey, by and through Terri A. Hunt, Attorney-in-fact, has hereunto set her hand and seal this 20th day of February, 2004.

SCANNED
AUG 02 2004
U.S. DISTRICT COURT MPLS

SUSAN GAERTNER
Ramsey County Attorney

Dated: 2-20-04

By: Terri A. Hunt
Terri A. Hunt
Attorney-in-fact
50 W. Kellogg Blvd., Suite 560
St. Paul, MN 55102-1657
(651) 266-3101

STATE OF MINNESOTA )
) ss
COUNTY OF RAMSEY )

On this 20th day of Februrary, 2004, before me, a notary public within and for said County, personally appeared Terri Hunt, to me known to be an Attorney-in-fact for Ramsey County, judgment creditor, and the person who executed the foregoing instrument, and she acknowledged that she executed the same as her free act and deed, and the free act and deed of said judgment creditor, as authorized by Ramsey County, Terri Hunt, Attorney-in-fact.

Erica R. Sherer
Notary Public
Commission Expires: January 31, 2005

ERICA R. SHERER
NOTARY PUBLIC – MINNESOTA
My Commission Expires 1-31-2005

50236